UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

              -against-

MICHAEL WRIGHT,

                                Defendant.
-----------------------------------------------------------------x

**ORDER**
12 CR 442 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/23

KIMBA M. WOOD, District Judge:

    At the request of the parties, the conference on the violation of supervised release, currently scheduled for December 6, 2023, is adjourned to January 17, 2024, at 11:30 a.m.

    SO ORDERED.

Dated: New York, New York
         December 6, 2023

                                                        _____
                                                           KIMBA M. WOOD
                                             UNITED STATES DISTRICT JUDGE