UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

MICHAEL WRIGHT,

      Defendant.
-----------------------------------------------------------------x

ORDER
12 CR 442 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/24

KIMBA M. WOOD, District Judge:

The initial conference on the February 7, 2024, violation of supervised release will be held on Wednesday, March 13, 2024, at 12:00 p.m.

SO ORDERED.

Dated: New York, New York
       March 7, 2024

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE