UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

MICHAEL WRIGHT,

                      Defendant.
-----------------------------------------------------------------x

**ORDER**
12 CR 442 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing on the violation of supervised release, currently scheduled for June 26, 2024, is adjourned to Wednesday, July 10, 2024, at 11:30 a.m. Any submissions by the parties are due by July 1, 2024.

    SO ORDERED.

Dated: New York, New York
       June 5, 2024

                                        /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                                UNITED STATES DISTRICT JUDGE