UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

       -against-

MICHAEL WRIGHT,

                  Defendant.
-----------------------------------------------------------x

**ORDER**
12 CR 442 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/24

KIMBA M. WOOD, District Judge:

      The sentencing on the violation of supervised release, currently scheduled for July 10, 2024, is adjourned to Wednesday, July 17, 2024, at 11:30 a.m.

      SO ORDERED.

Dated: New York, New York
       July 9, 2024

                                              KIMBA M. WOOD
                                UNITED STATES DISTRICT JUDGE